KM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Keith Robert Pierpont, | ) | No. CIV 05-111-TUC-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| John Evans, et al., | ) | |
| Defendants. | ) | |

On February 15, 2005, Plaintiff Keith Robert Pierpont, presently confined in the Arizona State Prison-Fort Grant, filed a pro se Complaint pursuant to 28 U.S.C. § 1331 ("Complaint").

The Court dismissed the Complaint on November 17, 2005 (Doc. #25) because the Court found Plaintiff's claims were barred by Heck v. Humphrey, 512 U.S. 477, (1994). Plaintiff filed a Motion for Entry of Default Judgment on November 21, 2005, which the Court denied as moot on December 6, 2005 (Doc. #31).

On December 7, 2005, Plaintiff filed the pending "Declaration of Keith Robert Pierpont & Judgment by Default" ("Declaration") (Doc. #34), which the Court will construe as a second motion for default judgment.

In light of the Court's November 17, 2005 dismissal of this case, the Court will deny Plaintiff's Declaration as moot.

1   **IT IS THEREFORE ORDERED** that Plaintiff's December 7, 2005 "Declaration of
2   Keith Robert Pierpont & Judgement by Default" (Doc. #34) is DENIED AS MOOT.
3   DATED this 12th day of May, 2006.

_____
David G. Campbell
United States District Judge